UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| BARBARA ANN KELLY, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>REGIONS BANK, )<br>)<br>Defendant. )<br>) | Case No: 3:11-cv-252-MCR-EMT |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given that Barbara Ann Kelly ("Ms. Kelly") and Gregory Brian Myers ("Mr. Myers"), by and through undersigned counsel, defendants in the above-captioned matter, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from (i) the order of the United States District Court for the Northern District of Florida, entered September 30, 2013, found at Docket Entry 173, wherein the motion for summary judgment of Regions Bank ("Regions") was granted and the motion for summary judgment of Ms. Kelly and Mr. Myers was denied; (ii) the order of the United States District Court for the Northern District of Florida, entered February 27, 2014, found at Docket Entry 187, wherein the motion for attorneys' fees of Regions was granted; and (iii) the order of the United States District Court for the Northern District of Florida, entered on May 29, 2014, found at Docket Entry 206, wherein the motion for reconsideration of Mr. Myers and Ms. Kelly was denied.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

/s/ Timothy C. Lynch
Timothy C. Lynch, Esquire
Offit Kurman, P.A.
300 E. Lombard Street, Suite 2010
Baltimore, Maryland 21202
Telephone: 410-209-6436
Facsimile: 410-209-6435
tlynch@offitkurman.com
*Counsel for Plaintiffs*

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
Florida Bar Number 76723
4800 Montgomery Lane, Suite 900
Bethesda, Maryland 20814
Telephone: 240-507-1714
Facsimile: 240-507-1735
mverstandig@offitkurman.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic transmission and/or the CM/ECF system this 25th day of June 2014 upon all counsel of record.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
Florida Bar Number 76723
4800 Montgomery Lane, Suite 900
Bethesda, Maryland 20814
Telephone: 240-507-1714
Facsimile: 240-507-1735
mverstandig@offitkurman.com
*Counsel for Plaintiffs*

4833-0434-0507, v. 1