UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| BARBARA ANN KELLY, *et al.*, ) <br> ) <br>    Appellants, ) <br> ) Case No: 14-12865-BB <br>  v. ) <br> ) <br> REGIONS BANK ) <br> ) <br>    Appellee. ) <br> ) | |

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Come now Barbara Ann Kelly ("Ms. Kelly") and Gregory Brian Myers ("Mr. Myers") (Ms. Kelly and Mr. Myers being collectively known as the "Appellants," and each sometimes being known as an "Appellant"), by and through undersigned counsel, and pursuant to Circuit Rule 31-2 do hereby move for an extension of time for the filing and service of a brief in reply to Appellee Regions Bank's Answer Brief (the "Appellee's Brief"), and in support thereof state as follows:

  1. The Appellee's Brief was filed on November 3, 2014 and, pursuant to Federal Rule of Appellate Procedure 31(a)(1) and Federal Rule of Appellate Procedure 26(c), a reply brief is currently due on November 20, 2014 (no oral argument being currently scheduled in this matter).

  2. The Appellee's Brief is some sixty nine (69) pages long, contains some twenty two (22) argumentative sections and subsections, cites some thirty nine (39) cases, and dedicates no less than nine (9) pages to setting forth an extensive version of facts the Appellants dispute in large part. The Appellants require additional time to study this voluminous opus, assess the veracity of legal arguments proffered therein, and to prepare their reply brief.

**Kelly v. Regions Bank, Case No. 14-12865-BB (11th Cir. 2014)**

3. Undersigned counsel has a multi-day trial in Maryland state court, commencing November 12, 2014, which has commanded – and will continue to command – extensive preparatory work.

4. Undersigned counsel twice reached out to counsel for Regions Bank, on November 7, 2014, to ascertain whether or not the Appellee is agreeable to the relief sought herein, but is yet to receive a response.

5. Regions Bank did previously receive a seven (7) day extension of the time permitted it under applicable rules to file the Appellee's Brief.

WHEREFORE, the Appellants respectfully pray this Honorable Court grant an extension of six (6) days for the filing of their reply brief, such that the brief shall now come due on November 26, 2014, and for such other and further relief as may be just and proper.

Respectfully Submitted,

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

Kelly v. Regions Bank, Case No. 14-12865-BB (11th Cir. 2014)

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to, and in conformity with, Circuit Rule 26.1-1, it is hereby certified that the certificate of interested persons filed in the Appellants' opening brief in this case is both complete and accurate.

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

Pursuant to, and in conformity with, Federal Rule of Appellate Procedure 25(c)(2) and Circuit Rule 25-3(a), I hereby certify that on this 9th day of November 2014, the foregoing document was served on Paul R. Regensdorf, Esq., paul.regensdorf@hklaw.com, counsel for Regions Bank, via this Honorable Court's CM/ECF system.

OFFIT KURMAN, P.A.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esquire
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1714
Facsimile:   240-507-1735
mverstandig@offitkurman.com
*Attorney for Appellants*

4813-2675-6640, v.  1