UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

BARBARA ANN KELLY and
GREGORY BRIAN MYERS,

    Appellants,

v.

                                    Case No. 14-12865-BB

REGIONS BANK,

    Appellee.
_____/

## RESPONSE CONSENTING TO APPELLANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Appellee Regions Bank states that it consents to the extension requested in Appellants' Motion for Enlargement of Time to File Reply Brief.

Respectfully submitted,

*/s/ Kevin W. Cox*
PETER P. HARGITAI
Florida Bar No. 85375
E-Mail: peter.hargitai@hklaw.com
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202

KEVIN W. COX
Florida Bar No. 34020
E-Mail: kevin.cox@hklaw.com
HOLLAND & KNIGHT LLP
315 South Calhoun Street, Suite 600
Tallahassee, Florida 32301

Attorneys for Appellee Regions Bank

Kelly v. Regions Bank, Case No. 14-12865-BB (11th Cir. 2014)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE

Pursuant to 11th Circuit Rule 26.1-1, I hereby certify that the certificate of interested persons and corporate disclosure filed in the Appellee's Answer Brief in this case is both complete and accurate.

/s/ *Kevin W. Cox*
Counsel for Appellee

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 10th day of November, 2014, I caused this Response Consenting to Appellants' Motion for Enlargement of Time to File Reply Brief to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Maurice B. VerStandig
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
(240) 507-1700

/s/ *Kevin W. Cox*
Counsel for Appellee

#33892272_v1