# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 18, 2014

Maurice B. VerStandig
Offit Kurman, PA
4800 MONTGOMERY LN STE 900
BETHESDA, MD 20814

Appeal Number: 14-12865-BB
Case Style: Barbara Kelly, et al v. Regions Bank
District Court Docket No: 3:11-cv-00252-MCR-EMT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Motion for extension to file reply brief filed by Appellants Barbara Ann Kelly and Gregory Brian Myers is GRANTED. Reply brief due on 11/26/2014.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

EXT-1 Extension of time